COMMONWEALTH of Pennsylvania,
Respondent

v.

Marquis Hakem NEAL, Petitioner

No. 371 WAL 2016

Supreme Court of Pennsylvania.

March 21, 2017

### ORDER

PER CURIAM

AND NOW, this 21st day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

IN the INTEREST OF: A.R., a Minor

Petition of: M.R., Mother

No. 32 WAL 2017

Supreme Court of Pennsylvania.

March 21, 2017

### ORDER

PER CURIAM

AND NOW, this 21st day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Tyaina FINCH, Petitioner

No. 730 MAL 2016

Supreme Court of Pennsylvania.

March 21, 2017

### ORDER

PER CURIAM

AND NOW, this 21st day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Gaylord SPELL, Petitioner

No. 465 WAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

### ORDER

PER CURIAM

AND NOW, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**